**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| JAMIL GULMANN SHIHAB, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SOURCE DIGITAL, INC., a New York corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Civil Action No.: 1:23-cv-7266-DLC |

**[PROPOSED] ORDER ON MOTION TO SEAL EXHIBITS 8-10, and 13 IN CONNECTION WITH PLAINTIFF'S MOTION FOR SUMMARY ADJUDICATION**

## [PROPOSED] ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

Plaintiff, Jamil Shihab, Motion to Seal filed in Connection with his Motion for Summary

Adjudication is hereby GRANTED as follows:

1. **Exhibit 8** to the Declaration of Scott Alan Burroughs, Esq., is hereby SEALED.

2. **Exhibit 9** to the Declaration of Scott Alan Burroughs, Esq., is hereby SEALED.

3. **Exhibit 10** to the Declaration of Scott Alan Burroughs, Esq., is hereby SEALED.

4. **Exhibit 13** to the Declaration of Scott Alan Burroughs, Esq. is hereby SEALED.

IT IS HEREBY ORDERED.

Dated: _April 1, 2024_                    By: _____
                                              HONORABLE DENISE L. COTE
                                              UNITED STATES DISTRICT JUDGE