UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMIL GULMANN SHIHAB, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SOURCE DIGITAL, INC., a New York corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Civil Action No.: 1:23-cv-7266-DLC |

[PROPOSED] ORDER ON MOTION TO SEAL EXHIBIT 1 IN CONNECTION WITH PLAINTIFF'S REPLY IN SUPPORT OF HIS MOTION FOR SUMMARY ADJUDICATION

- 1 -

## [PROPOSED] ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

Plaintiff, Jamil Shihab, Motion to Seal filed in Connection with his Motion for Summary Adjudication is hereby GRANTED as follows:

1. **Exhibit 1** to the Declaration of Mackenzie Paladino, Esq., is hereby SEALED.

IT IS HEREBY ORDERED.

Dated: 4/30/24

By: _____
HONORABLE DENISE L. COTE
UNITED STATES DISTRICT JUDGE