Case 1:23-cv-07266-DLC   Document 52   Filed 07/18/24   Page 1 of 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                               :     23cv7266 (DLC)

JAMIL GULMANN SHIHAB,          :

                               :       ORDER

                      Plaintiff,   :

                               :

          -v-                  :

                               :

SOURCE DIGITAL, INC., et al.,     :

                               :

                  Defendants.  :

                               :
---------------------------------------- X

DENISE COTE, District Judge:

    An Opinion and Order granting in part the plaintiff's motion for summary judgment was issued on July 18, 2024. Accordingly, it is hereby

    ORDERED that this case will be referred to mediation.  The Clerk of Court will contact the parties when a mediator has been selected.

    IT IS FURTHER ORDERED that the parties' joint pretrial order must be filed by September 20, 2024.

> As described in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order:  Proposed Findings of Fact and Conclusions of Law and a Memorandum of Law addressing all questions of law expected to arise at trial.  Any responsive papers are due one week thereafter.  In the event a party does not file a Memorandum of Law, a responsive Memorandum of Law is not permitted.  Counsel will provide the Court with two (2) courtesy copies of all pretrial documents at the time of filing.

> All direct testimony except for testimony of an adverse

party, a person whose attendance must be compelled by subpoena, or a witness for whom a party has requested and the Court has agreed to hear the direct testimony at trial, shall be submitted by affidavits served, **but not filed**, with the Joint Pretrial Order.

Those portions of depositions that are being offered as substantive evidence, along with a one-page synopsis (with transcript citations) of such testimony for each deposition, shall be exchanged at the time the Pretrial Order is filed.

Three days after submission of the affidavits, counsel for each party shall submit a list of all affiants that he or she intends to cross-examine at the trial. Affiants for whom such notice is not given are not required to be present at trial.

At the time the above-described documents are filed or served, Counsel will provide the Court with one (1) electronic set of all exhibits, one (1) hardcopy of key exhibits, and two (2) courtesy copies of all other documents at the time they are served.  Counsel will also provide the Court with one (1) hardcopy of the depositions, as described above.  Counsel shall send the electronic versions to the Court's Chambers email: Cotenysdchambers@nysd.uscourts.gov.  The case name, case number, and email contents should be clearly set forth in the email's subject line.

IT IS FURTHER ORDERED that this case is placed on the **October** trial ready calendar. The parties must be ready to proceed on 24 hours' notice. The parties may contact the Deputy Clerk, Jared Whertvine, to learn where this case stands on the calendar.

Dated:    New York, New York
          July 18, 2024

_____
DENISE COTE
United States District Judge