```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
JAMIL GULMANN SHIHAB,                    :      23cv7266 (DLC)
                                         :
                 Plaintiff,              :      ORDER
      -v-                                :
                                         :
SOURCE DIGITAL, INC., et al.             :
                                         :
                 Defendants.             :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

    An Order of July 18, 2024 placed the above-captioned case on the October 2024 trial-ready calendar. Accordingly, it is hereby

    ORDERED that trial in the above-captioned case will proceed on **October 28, 2024** at **9:30 a.m.** in Courtroom 18B, 500 Pearl Street.

    IT IS FURTHER ORDERED that the final pretrial conference is scheduled for **October 17** at **11:00 a.m.**

    The Court's Individual Rules for Jury Selection in Civil Cases are enclosed. Please refer to the Court's Individual

Rules and to the Order of July 18 for pretrial submission deadlines.

Dated:   New York, New York
         August 16, 2024

                                    _____
                                          DENISE COTE
                                    United States District Judge

## **STRUCK PANEL JURY SELECTION: CIVIL**

The Court will conduct a voir dire of the number of panelists computed by combining the number of jurors to be selected and the number of peremptory challenges. In the ordinary civil case with eight jurors, there will be a voir dire of 14 panelists. After the voir dire, we will determine whether there are any challenges for cause. Each panelist removed for cause will be replaced, so that there is a full panel before any peremptory challenges are exercised.

Next, peremptory challenges are exercised simultaneously, with the plaintiff and the defendants each submitting a written list of the three panelists that they wish to excuse. Any overlap among the lists of challenges will not result in parties receiving additional challenges. The eight jurors will be selected starting with the unchallenged juror with lowest number. For example, if there was one overlap, the five challenged panelists would be excused and the first eight of the remaining nine would be seated. The ninth juror, that is, the unchallenged juror with the highest number, would also be excused.